UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>BANK OF NEW ENGLAND CORPORATION,<br><br>        Debtor<br><br>Dr. Ben S. Branch, Trustee<br><br>        Plaintiff,<br><br>        v.<br><br>C.T. Bowring & Co., Ltd., Certain Underwriters of Lloyd's of London, Federal Insurance Co., (a/k/a Chubb Insurance Co. Europe), Utica Mutual Insurance Company, Assicurazioni Generali-Societa Per Azioni (f/k/a Assicuranzioni Generali, S.p.A.), Anglo American Insurance Co., Ltd., CNA International Reinsurance Company Limited (f/k/a CNA International Reinsurance Co., Ltd., a/k/a Policy Signing and Accounting Centre Limited),<br><br>        Defendants. | Case No. 91-10126 (WCH)<br>(Chapter 7)<br><br>04CV11609 RWZ<br><br>Adversary Proceeding No. 93-1186 |

### UNDERWRITERS' MOTION TO WITHDRAW THE REFERENCE
### TO THE BANKRUPTCY COURT

Pursuant to 28 U.S.C. §§ 157(b) and (e), Bankruptcy Rule 5011(a), and Local Bankruptcy Rule 5011-1, Certain Underwriters move this court to withdraw the reference to the Bankruptcy Court as to this adversary proceeding and all matters



related thereto. In support hereof, Underwriters rely upon the Memorandum of Law filed herewith.

Date: June 21, 2004

                              **UNDERWRITERS OF DIRECTORS AND OFFICERS POLICY**

By: _Barbara O'Donnell_
       One of Their Attorneys

Barbara O'Donnell, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
Tel: (617) 557-5945
Fax: (617)-557-5999

Jessica Tovrov, Esq.
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, Barbara O'Donnell, hereby certify that on June 21, 2004, I served a true copy of the foregoing document by causing copies of same to be sent via overnight mail to plaintiff's counsel of record:

| Thomas R. Kline, Esq.<br>Andrews & Kurth LLP<br>1701 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 2006<br>(Counsel to Trustee) | . |
|---|---|

                                                         _Barbara O'Donnell_
                                                         Barbara O'Donnell