## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:<br>**BANK OF NEW ENGLAND**<br>**CORPORATION,** | ) ) ) ) ) | **Chapter 7, Bankruptcy Court**<br>**No. 91-10126 (WCH)** |
| **Debtor,** | ) ) | |
| **DR. BEN S. BRANCH, TRUSTEE,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | **Civil Action No.: 04-11609 (RWZ)**<br>**Bankruptcy Court Adversary Proceeding**<br>**No. 93-1186 (D. Mass)** |
| **C.T. BOWRING & CO., LTD.,**<br>**CERTAIN UNDERWRITERS OF**<br>**LLOYD'S OF LONDON, et al.** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## UNDERWRITERS' MOTION FOR LEAVE TO FILE A REPLY
## IN SUPPORT OF THEIR MOTION
## <u>TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT</u>

Certain Underwriters, the remaining defendants in this Adversary Proceeding, ask this Court, pursuant to Local Rule 7.1(b)(3), for leave to file the attached Reply Memorandum in support of their Motion to Withdraw the Reference to Bankruptcy Court (the 'Motion"). Plaintiff does not oppose this motion. As grounds for this motion, Certain Underwriters respectfully state as follows:

1

1.    On June 21, 2004, Underwriters filed their Motion to Withdraw the Reference with a supporting Memorandum with the United States Bankruptcy Court for the District of Massachusetts.

2.    On July 6, 2004, the Trustee filed his opposition to the Motion (the "Opposition").

3.    The Motion and the Opposition were transmitted by the Bankruptcy Court to the District Court on or about July 13, 2004.[1]

4.    Underwriters request the opportunity to submit the attached Reply to address the Trustee's argument in his Opposition that the Underwriters' Motion to Withdraw is untimely. Underwriters did not address this issue in its Motion because the Trustee had not yet placed timeliness at issue.  Now that the Trustee has introduced this argument, the Court should be apprised of the legitimate reasons for Underwriters' alleged "tardiness".

5.    In addition, Underwriters contend that many of the statements in the Opposition are either inaccurate or misleading and wish to correct the record in that respect.

6.    The Court has not set a date for ruling on Underwriters' Motion, and the only dates currently scheduled in the Bankruptcy Court relate to discovery.  Therefore,

---

[1] As set forth in the accompanying motion to re-assign this case to the Honorable Richard G. Stearns, the Underwriters filed their motion to withdraw with a civil action cover sheet referencing the related case of *Branch v. Ernst & Young U.S. et al,* Docket No. 93-10024-RGS.  The civil action cover sheet was not included when the Bankruptcy Court clerk transferred the Motion, Memorandum and Opposition to this Court, resulting in the assignment of this matter to the Honorable Rya Zobel.

allowing Underwriters to file a Reply with not prejudice either party or disrupt the scheduling of either the Bankruptcy Court or the District Court. Plaintiff does not oppose Underwriters' request to submit a Reply Memorandum.

WHEREFORE, Underwriters request that this Court enter an Order:

(a)    Allowing Underwriters to file the Reply attached hereto as Exhibit A; and

(b)    Granting Underwriters such other and further relief as is just and equitable.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for the Trustee does not oppose this Motion.

**Date: July 21, 2004**

UNDERWRITERS OF DIRECTORS
AND OFFICERS POLICY
By one of its attorneys,

Barbara O'Donnell, Esq. (BBO# 544458)
Catherine O'Donnell, Esq. (BBO #634719)
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Jessica Tovrov, Esq.
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
Tel:    (312) 876-7842

3

## CERTIFICATE OF SERVICE

I, Barbara O'Donnell, hereby certify that on July 21, 2004, I served a true copy of the foregoing document by causing copies of same to be sent via first class mail, postage prepaid, to the following counsel of record in this matter:

### SERVICE LIST

| | |
|---|---|
| Thomas R. Kline, Esq.<br>Andrews & Kurth LLP<br>1701 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 2006<br>(Counsel to Trustee) | United States Trustee<br>1184 O'Neil Federal Bldg.<br>10 Causeway Street<br>Boston, MA 02222 |
| Robin Russell, Esq.<br>Andrews & Kurth LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002-3090<br>(Counsel to Trustee) | |

4