UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>BANK OF NEW ENGLAND CORPORATION,<br><br>　　　　　　Debtor, | )<br>)<br>)<br>)  Chapter 7, Bankruptcy Court<br>)  No. 91-10126 (WCH)<br>) |
| DR. BEN S. BRANCH, TRUSTEE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.T. BOWRING & CO., LTD.,<br>CERTAIN UNDERWRITERS OF<br>LLOYD'S OF LONDON, et al.<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 04-11609 (RWZ)<br>)  Bankruptcy Court Adversary Proceeding<br>)  No. 93-1186 (D. Mass)<br>)<br>)<br>)<br>)<br>) |

## SERVICE LIST

| | |
|---|---|
| Thomas R. Kline, Esq.<br>Andrews & Kurth LLP<br>1701 Pennsylvania Avenue, NW<br>Suite 300<br>Washington, DC 2006<br>(Counsel to Trustee) | Jessica Tovrov, Esq.<br>Arnstein & Lehr LLP<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606<br>(Underwriters' Counsel) |
| Robin Russell, Esq.<br>Andrews & Kurth LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002-3090<br>(Counsel to Trustee) | Barbara O'Donnell, Esq. (BBO# 544458)<br>Catherine O'Donnell, Esq. (BBO #634719)<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA 02108<br>(617) 557-5900<br>(Underwriters' Counsel) |