UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| BANK OF NEW ENGLAND CORPORATION, | § § § § | Case No. 91-10126 (WCH) (Chapter 7) |
| Debtor | § § § | |
| Dr. Ben S. Branch, Trustee | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 04-11609 (RWZ) Bankr. Adv. Proc. No. 93-1186 |
| C.T. Bowring & Co., Ltd., Certain Underwriters of Lloyd's of London, Federal Insurance Co., (a/k/a Chubb Insurance Co. Europe), Utica Mutual Insurance Company, Assicurazioni Generali-Societa Per Azioni (f/k/a Assicurazioni Generali, S.p.A.), Anglo American Insurance Co., Ltd., CNA International Reinsurance Company Limited (f/k/a CNA International Reinsurance Co., Ltd, a/k/a Policy Signing and Accounting Centre Limited), | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## TRUSTEE'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW THE REFERENCE INSTANTER

Dr. Ben S. Branch, Trustee for the estate of Bank of New England Corporation ("BNEC") and Plaintiff in the above-captioned adversary proceeding ("Trustee"), through his undersigned counsel, pursuant to Local Rule 7.1(b)(3), hereby moves for leave to file a Surreply (attached hereto as Ex. A) in opposition to the Reply of Defendants Certain Underwriters of Lloyd's of London, Assicurazioni Generali-Societa Per Azioni, and CNA International

1

WAS:106739.2

Reinsurance Company Limited ("Underwriters") in Support of their Motion to Withdraw the Reference to the Bankruptcy Court Instanter. As grounds for this Motion, the Trustee states as follows.

1. On June 21, 2004, Underwriters filed their Motion to Withdraw the Reference to the Bankruptcy Court ("Motion"), along with a supporting Memorandum. On July 6, 2004, the Trustee filed his Opposition to Underwriters' Motion ("Opposition").

2. On July 13, 2004, the Bankruptcy Court transmitted Underwriters' Motion and the Trustee's Opposition to the U.S. District Court for the District of Massachusetts.

3. On or about July 20, 2004, Underwriters' counsel contacted the Trustee's counsel to confer about Underwriters' intent to move for leave to file a Reply to the Trustee's Opposition. The Trustee's counsel did not object to the Underwriters' moving for leave to file their Reply, on the condition that Underwriters agree not to object to the Trustee's motion for leave to file a Surreply, should the Trustee determine that such a filing was necessary after reviewing Underwriters' Reply.

4. Underwriters moved for leave to file their Reply on July 21, 2004. The Trustee does not oppose that Motion.

5. By telephone on July 29, 2004, the Trustee confirmed that the Underwriters do not oppose the Trustee's Motion for Leave to File a Surreply.

6. Many arguments in Underwriters' Reply were not made in Underwriters' initial Motion, and are based on factual allegations that were not made in Underwriters' initial Motion or Memorandum.

7. The Trustee moves for leave to respond to these new arguments and allegations.

WAS:106739.2

8. On July 23, 2004, the Court noticed a hearing for Underwriters' Motion for August 17, 2004, almost three weeks from this filing. This is more than sufficient time for Underwriters to review the Trustee's Surreply and the cases cited therein, and to prepare for the hearing as presently scheduled. Underwriters will suffer no prejudice should the Court grant the Trustee's Motion.

WHEREFORE, the Trustee requests that this Court enter an order:

A. granting the Trustee's Motion for Leave to File the Surreply Instanter attached hereto as Exhibit A; and

B. granting the Trustee such other relief as is just and equitable.

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), the Trustee certifies that he has conferred with Underwriters, and that Underwriters do not oppose this Motion.

Dated: July 30, 2004

Respectfully submitted:

Thomas R. Kline (admitted *pro hac vice*)
L. Eden Burgess (admitted *pro hac vice*)
ANDREWS KURTH LLP
1701 Pennsylvania Ave. NW, Suite 300
Washington, DC 20006
Telephone: (202) 662-2700

Robin Russell (BBO# 560823)
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002-3090
Telephone: (713) 220-4200

*Counsel for Dr. Ben S. Branch, Chapter 7 Trustee for Bank of New England Corporation*

3

WAS:106739.2